# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0220

_____

BARBARA ANN KELLY,

Appellant,

v.

SUNTRUST BANK, et al.,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

February 5, 2019

PER CURIAM.

Appellant's motion for reinstatement filed on December 7, 2018, in case number 1D18-0222, is granted, and the appeal in case number 1D18-0222 is hereby reinstated.

Case number 1D18-0222 is treated as an appeal from the final judgment of foreclosure, rendered by the lower tribunal's December 14, 2017, Order Denying Defendant Barbara Kelly's Motion to Vacate Final Judgment. On the Court's own motion, the appeal in case number 1D18-0220 is dismissed as duplicative of the appeal in case number 1D18-0222. Review of the order in case number 1D18-0220 shall proceed in case number 1D18-0222.

Appellant's request to consolidate the two appeals, contained within the foregoing motion, is denied as moot.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Barbara Ann Kelly, pro se, Appellant.

Amelia Hallenberg Beard of McCalla Raymer Leibert Pierce, LLC, Orlando, for Appellee.